The invention in issue relates to a substation signal receiving device for use in railway telephone service. It consists of a step by step mechanism which may be placed in operative position, held and released at the will of the operator. By means of this device, the operator may call any one of a series of stations on the line without signaling the others.

The case turns largely upon a single issue of fact. Rugh claims to have reduced the invention to practice by successfully operating what is known as the improved 9-B type of signal on the Randolph street station of the Illinois Central Railroad on October 1, 1910, and also on the Tyrone division of the Pennsylvania Railroad on November 28, 1910. The 9–B type was held by all the tribunals below to fully meet the claims of the issue. Field claims a reduction to practice on September 26, 1910, but all the tribunals of the Patent Office, in elaborate opinions carefully analyzing the testimony, have rejected Field's claim and sustained Rugh. While the dates of essential activity in each instance are brought within the compass of a few days, which makes the case an exceedingly close one, we find no reason, especially in view of the presumption attending uniform decisions by the tribunals below on questions of fact, to disturb the award.

The decision of the Commissioner of Patents is affirmed, and the clerk is directed to certify these proceedings as by law required.                             *Affirmed.*

## IN RE HURT.

PATENTS; PATENTABILITY.

A decision of the Commissioner of Patents rejecting the claims of an application for a patent for a highly technical process relating to a composition alleged to possess tanning properties and the method of making it, was *affirmed,* in view of references cited.

No. 1217.    Patent Appeals.    Submitted March 12, 1919.    Decided
March 31, 1919.


HEARING on an appeal from a decision of the Commissioner of Patents rejecting claims of an application for a patent.

*Affirmed.*


The facts are stated in the opinion.


*Mr. A. M. Houghton* for the appellant.


*Mr. Theodore A. Hostetler* for the Commissioner of Patents.


PER CURIAM: This appeal is from the decision of the Commissioner of Patents rejecting certain claims of appellant, Henry Hicks Hurt, for a process relating to a composition alleged to possess tanning properties and the method of making it.

The rejection in each of the tribunals below was for noninvention in view of the state of the art. Five references were cited as anticipating appellant's invention. The process involved is highly technical, and we find nothing to indicate error in the conclusion reached by the experts of the Patent Office.

The decision of the Commissioner of Patents is affirmed, and the clerk is directed to certify these proceedings as by law required.                                    *Affirmed.*